UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

FILED

AUG 3 0 2005

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| STEVE KLIMA, | CIV. 05-1033 |
| Plaintiff, | |
| | ORDER FOR STAY PENDING |
| vs. | TRANSFER DECISION BY THE |
| | JUDICIAL PANEL ON |
| MERCK & CO., INC, | MULTIDISTRICT LITIGATION |
| Defendant. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Pursuant to the Stipulation between the parties, the Court hereby stays all pre-trial proceedings in this action including completion of any Form 35 Report pending the likely transfer of this action to the Judicial Panel on Multidistrict Litigation, *In re VIOXX Products Liab. Litig.* (MDL-1657) in the Eastern District of Louisiana.

Dated this 30th day of August, 2005.

BY THE COURT:

Charles B. Kornmann, Judge

ATTEST:

Joseph Haas, CLERK

By Barbara J. Paepke
Deputy